LOUIS R. GANS, Appellant, *v.* STEPHEN CALLAGHAN,
Respondent, Impleaded with Others.

(Submitted March 23, 1931; decided March 31, 1931.)

*Harold M. Kennedy* for motion.

*Louis R. Gans* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.